IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DEALER COMPUTER SERVICES, INC., | § | |
| fka FORD DEALER COMPUTER | § | |
| SERVICES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 08-2066 |
| | § | |
| VICTORY FORD LINCOLN MERCURY, | § | |
| INC., | § | |
| | § | |
| Defendants. | § | |

**FINAL JUDGMENT**

In accordance with the entry of default judgment, it is ordered that the arbitration award in the arbitration styled *Dealer Computer Services, Inc. fka Flord Dealer Computer Services, Inc. v. Victory Ford Lincoln Mercury, Inc.*, (Case No. 54 117 Y 00970 05), in favor of the plaintiff Dealer Computer Services, Inc., fka Ford Dealer Computer Services, Inc., be confirmed in all respects.  It is further ordered that the plaintiff Dealer Computer Services, Inc., fka Ford Dealer Computer Services, Inc. recover from defendant Victory Ford Lincoln Mercury, Inc., as follows:

      a.    damages in the amount of $732,129.24;

      b.    attorneys' fees and expenses in the amount of $13,065.48;

      c.    AAA administrative fees in the amount of $11, 550.00;

      d.    arbitrator compensation in the amount of $1,950.00; and

      e.    prejudgment interest from May 5, 2008 at the rate of 5.033% per annum.

This is a final judgment.

SIGNED on October 30, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge